■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ANTHONY JOHNSON, Appellant.—Appeal by defendant, as limited by his motion, from three sentences of the County Court, Suffolk County, all imposed May 23, 1978. Sentences affirmed. No opinion. This case is remitted

to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Titone and Suozzi, JJ., concur.